JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUINZELL HOORBOOKER, | Case No. 2:22-cv-01028-SPG (JDE) |
| Petitioner, | |
| v. | JUDGMENT |
| THERESA CISNEROS, | |
| Respondent. | |

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

Dated:  March 5, 2024

_____

SHERILYN PEACE GARNETT
United States District Judge